IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| SUREFOOT L.C., a Utah limited liability company,<br><br>     Plaintiff,<br><br>vs.<br><br>SURE FOOT CORPORATION, a North Dakota corporation,<br><br>     Defendant. | MEMORANDUM DECISION AND ORDER ON PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT AND ADMINISTRATIVELY CLOSING CASE<br><br><br><br>Case No. 2:07-CV-67 TS |

On May 10, 2007, the Court issued an Order staying this action pending the decision of the Tenth Circuit as to the appeal of the previous action.[1] Plaintiff has filed a Motion to Alter or Amend the Court's previous Order.[2] Plaintiff does not seek reconsideration of the portion of the Order staying this action and suggests that it may be appropriate to stay decision on the Motion to Alter or Amend as well. The Court agrees. The Court will stay decision on Plaintiff's Motion and will administratively close this case pending a decision by the Tenth Circuit.

---

[1] Docket No. 39.

[2] Docket No. 40.

1

It is therefore

ORDERED that decision on Plaintiff's Motion to Alter or Amend (Docket No. 40) is STAYED pending the decision by the Tenth Circuit as to the appeal of the previous action. It is further

ORDERED that the hearing set for October 25, 2007, is VACATED. It is further

ORDERED that the above-entitled case be administratively closed. It is further

ORDERED that the parties inform the Court within thirty (30) days of any decision by the Tenth Circuit in the previous action or any other circumstance which may affect the stay.

DATED   October 11, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge